# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LEROY JAMES WOODS

NO. 2020 KW 0642

**NOVEMBER 09, 2020**

---

In Re:     Leroy James Woods, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-12-0113.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

    **WRIT DENIED.** See **State v. Germany**, 2020-00878 (La. 11/04/20),__ So.3d__; **State v. Thornton**, 2019-1029 (La. App. 1st Cir. 7/23/20), 2020 WL 4218268; **State v. Armentor**, 2019-1267 (La. App. 1st Cir. 7/31/20) 2020 WL 4381566.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT